CAROLINE K. BRENNAN, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

(Argued October 6, 1891; decided October 20, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made March 25, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*W. F. Worthington* for appellant.

*Spencer Clinton* for respondent.

Agree to affirm ; no opinion.
All concur, except VANN and HAIGHT, JJ., not voting.
Judgment affirmed.

---

FLORENCE CAMPBELL, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued October 6, 1891; decided October 20, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 7, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit.

*N. A. Calkins* for appellant.

*Hamilton Harris* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.